CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

OCT 03 2012

JULIA C. ___ CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **JOHN MICHAEL HUDSON,** | ) | **Civil Action No. 7:12cv00466** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| **v.** | ) | |
| | ) | |
| **BOTETOURT COUNTY JAIL,** | ) | |
| | ) | **By: Samuel G. Wilson** |
| **Defendants.** | ) | **United States District Judge** |

For the reasons stated in the memorandum opinion entered on this day, it is hereby

**ADJUDGED** and **ORDERED** that the plaintiff's complaint is **DISMISSED** without prejudice

pursuant to 28 U.S.C. § 1915A for failure to state a claim.  The Clerk is **DIRECTED** to strike

this matter from the court's active docket and to send a copy of this order and the accompanying

memorandum opinion to the plaintiff.

**ENTER**: October 3, 2012.

UNITED STATES DISTRICT JUDGE