CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

OCT 03 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL HUDSON, | ) | Civil Action No. 7:12cv00466 |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| BOTETOURT COUNTY JAIL, | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A for failure to state a claim. The Clerk is **DIRECTED** to strike this matter from the court's active docket and to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: October 3, 2012.

_____
UNITED STATES DISTRICT JUDGE